# EXHIBIT 2

# Summons
## Collection Information Statement

**In the matter of** JOHN F THRELKELD, 1070 MAPLE RUN, TARIFF, WV 25259-7420
**Internal Revenue Service** *(Identify Division)* SMALL BUSINESS/SELF EMPLOYED
**Industry/Area** *(Identify by number or name)* SB/SE AREA 2 (22)
**Periods:** See Attachment 1 to Summons Form 6637 for Period Information

**The Commissioner of Internal Revenue**

**To:** JOHN F THRELKELD
**At:** 1070 MAPLE RUN, TARIFF, WV 25259-7420

You are hereby summoned and required to appear before ANGELA S JONES, an Internal Revenue Service *(IRS)* officer, to give testimony and to bring for examination the following information related to the collection of the tax liability of the person identified above for the periods shown:

All documents and records you possess or control regarding assets, liabilities, or accounts held in the taxpayer's name or for the taxpayer's benefit which the taxpayer wholly or partially owns, or in which the taxpayer has a security interest. These records and documents include but are not limited to: all bank statements, checkbooks, canceled checks, saving account passbooks, records or certificates of deposit for the period:

From 06/01/2011 To 06/15/2012

Also include all current vehicle registration certificates, deeds or contracts regarding real property, stocks and bonds, accounts, notes and judgments receivable, and all life or health insurance policies.

IRS will use this information to prepare a Collection Information Statement. We have attached a blank statement to guide you in producing the necessary documents and records.

**Do not write in this space**

Business address and telephone number of IRS officer before whom you are to appear:

11 CHENOWETH DRIVE, BRIDGEPORT, WV 26330-1675 (304) 842-6204

**Place and time for appearance:** At 11 CHENOWETH DRIVE, BRIDGEPORT, WV 26330-1675

**IRS**
Department of the Treasury
Internal Revenue Service
www.irs.gov
Form 6637 (Rev.10-2010)
Catalog Number 25000Q

on the 12th day of July, 2012 at 9:30 o'clock a. m.

Issued under authority of the Internal Revenue Code this 27th day of June, 2012

ANGELA S JONES  *[signature]*   REVENUE OFFICER
Signature of issuing officer              Title

_____
Signature of approving officer *(if applicable)*      Title

**Original** -- to be kept by IRS



# Certificate of Service of Summons

(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

| Date | Time |
|---|---|
| 6/29/12 | 11:20 |

**How Summons Was Served**

☐ I handed an attested copy of the summons to the person to whom it was directed.

☒ I left an attested copy of the summons at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person *(if any)*.

| Signature | Title |
|---|---|
| *[signed]* | Revenue Officer |

I certify that the copy of the summons served contained the required certification.

| Signature | Title |
|---|---|
| *[signed]* | Revenue Officer |

Catalog No. 23000Q

Form **6637** (Rev. 10-2010)